**MERLIN LAW GROUP, P.A.**
125 Half Mile Road, Suite 201
Red Bank, NJ 07701
(P) 732-704-4647
(F) 732-704-4651
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN ZERVAS and SANDRA MULA, | Case No: 1:19-cv-12681 |
| Plaintiffs, | Civil Action |
| vs. | |
| ASSURED FIRE/WATER RESTORATION, ANTHONY PERSIANO, CARMELO STRAZZERI, and WILLIAM BIANCO, | |
| Defendants. | |

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AGAINST ASSURED FIRE/WATER RESTORATION, CARMELO STRAZZERI and WILLIAM BIANCO**

Having considered the Plaintiffs' motion for default judgment together with all papers and accompanying memorandum of law submitted in support thereof, and having further considered defendants' opposition, if any, the Court concludes that the motion should be granted.

Accordingly, it is ORDERED AND ADJUDGED as follows:

That the Plaintiffs John Zervas and Sandra Mula recover from Defendants Assured Fire/Water Restoration, Carmelo Strazzeri and William Bianco the sum of $454,737.00, which includes the $141,700.00 loan balance, trebled under the Consumer Fraud Act to $425,100.00, plus $29,637.00 for previously incurred attorney's fees and costs.

Dated this **1st** day of **May**, 2020.

_____
UNITED STATES DISTRICT JUDGE