

# MERLIN
### LAW GROUP, PA

125 HALF MILE ROAD
SUITE 201
RED BANK, NJ 07701
TELEPHONE: (732) 704-4647
FAX: (732) 704-4651

June 22, 2020

<u>**VIA ECF FILING**</u>
Hon. Renee Marie Bumb, U.S.D.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

  Re: <u>Zervas, et al. v. Assured Fire/Water Restoration, et al</u>.
     Civil Case No: 1:19-cv-12681

Dear Judge Bumb:

  Please be advised the undersigned recently substituted as counsel for Plaintiffs in the above-matter.  Please allow this correspondence to serve as response to the recent inquiry of Your Honor's Courtroom Deputy regarding the status of litigation against the sole remaining Defendant, Anthony Persiano.  To date, this office remains unable to locate Mr. Persiano to effectuate service of process on him because of his apparent status as a witness under 18 U.S.C. § 3521.

          Respectfully,
          **MERLIN LAW GROUP, P.A.**

          By:<u>/s/ Paul L. LaSalle</u>
            Paul L. LaSalle, Esq.

PLL

T1241147.DOCX;1