[Docket No. 39]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

JOHN ZERVAS and SANDRA MULA,

    Plaintiffs,

v.

ASSURED FIRE/WATER RESTORATION, *et al.*,

    Defendants.

Civil No. 19-12681 (RMB/AMD)

**ORDER AND JUDGMENT**

**RENÉE MARIE BUMB, United States District Judge**

    This matter comes before the Court upon the Motion for Default Judgment as to Defendant Anthony Persiano, filed by Plaintiffs John Zerva and Sandra Mula. [Docket No. 39.] The Court notes that Default Judgment has already been entered as against Defendants Assured Fire/Water Restoration LLC, Carmelo Strazzeri, and William Blanco, in the amount of $454,737.00, "which includes the $141,700.00 loan balance, trebled under the Consumer Fraud Act to $425,100.00, plus $29,637.00 for previously incurred attorney's fees and costs." [Docket No. 16, at 1; *see also* Docket No. 17.] In the time since that Default Judgment was granted, Plaintiffs have properly served Defendant Persiano. [Docket No. 28.] The Clerk properly entered default as against Defendant Persiano on September 24, 2021. [*See* Docket No. 38.] Finally, the Court notes that, per the parties' Promissory Note that serves as the basis

for this suit, all Defendants "**jointly and severally** promise[d] to pay to the order of [Plaintiffs] the sum of $150,000.00, plus any additional amount invested thereafter." [Docket No. 39-6, ¶ 1 (emphasis added).] Therefore, having considered Plaintiffs' papers and for good cause shown,

**IT IS** this **29th** day of **April 2022**, hereby

**ORDERED** that Plaintiffs' Motion for Default Judgment [Docket No. 39] is **GRANTED**; and it is further

**ORDERED** that Plaintiffs John Zervas and Sandra Mula recover from Defendant Anthony Persiano, jointly and severally with Defendants Assured Fire/Water Restoration LLC, Carmelo Strazzeri, and William Blanco, the sum of $425,100.00—equaling the $141,700.00 loan balance, trebled under the Consumer Fraud Act; and it is finally

**ORDERED** that the Clerk of the Court **CLOSE** this matter.

s/Renée Marie Bumb
Renée Marie Bumb
United States District Judge
